**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-6166

_____

DEBORAH LEE WHEELER,

Plaintiff - Appellant,

versus

JOEL JACKSON,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:06-cv-00674)

_____

Submitted:  June 21, 2007          Decided:  June 27, 2007

_____

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Deborah Lee Wheeler, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Lee Wheeler seeks to appeal the district court's order dismissing her action filed under 42 U.S.C. § 1983 (2000), for failure to state a claim. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on November 16, 2006. The notice of appeal was filed on January 30, 2007. Because Wheeler failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED